# District Court Of Appeal Of The State Of Florida
## Fourth District

**LESHANNON JEROME SHELLY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-0754

[May 9, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert Makemson, Judge; L.T. Case No. 312011CF001538A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***